IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL WILLINGHAM,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF SAN MATEO, et al.,<br><br>  Defendants / | No. C-04-4592 MMC<br><br>**ORDER DENYING DEFENDANT'S REQUEST FOR CONTINUANCE OF ENE** |

The Court is in receipt of defendant Tracy Martin's ("Martin") request to continue the parties' scheduled Early Neutral Evaluation ("ENE") session to a date after Martin files a motion for summary judgment, which Martin anticipates will be noticed to be heard on November 18, 2005.

The instant complaint was filed October 29, 2004 and Martin was served on March 29, 2005. Under the circumstances, the Court declines to defer ENE as requested. The primary value of ENE is found in the first letter of the acronym, to wit: "E," which stands for "Early." Additionally, the nature of this particular form of ADR is, again as reflected in its title, evaluative. If, as Martin proposes to argue, plaintiff's claims have no merit, Martin's contentions and the reasons therefor can be explored and evaluated at the ENE session, with the potential for saving the parties an unnecessary expenditure of time and costs in the future.

Accordingly, the request is hereby DENIED.

**IT IS SO ORDERED.**

Dated: August 25, 2005

MAXINE M. CHESNEY
United States District Judge