IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL WILLINGHAM, | No. C-04-4592 MMC |
| Plaintiff, | **ORDER RE: LETTER FROM PLAINTIFF DARRYL WILLINGHAM** |
| v. | |
| COUNTY OF SAN MATEO, et al., | |
| Defendants / | |

The Court is in receipt of a letter, dated February 24, 2006, written to the Court by plaintiff Darryl Willingham.

Plaintiff is represented by counsel in the instant matter,[1] and, consequently, any communication plaintiff seeks with the Court must be made through his counsel of record. Further, the Court cannot engage in an ex parte communication with a party, whether represented by counsel or not. See Civil L.R. 11-4(c).

Accordingly, the Court will take no action on said filing.

**IT IS SO ORDERED.**

Dated: March 13, 2005

MAXINE M. CHESNEY
United States District Judge

---

[1] By order filed November 7, 2005, the Court granted summary judgment in favor of the remaining defendant as to all remaining claims in the instant matter.