IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL WILLINGHAM, | No. C-04-4592 MMC |
| Plaintiff, | **ORDER STRIKING LETTERS FROM PLAINTIFF DARRYL WILLINGHAM** |
| v. | |
| COUNTY OF SAN MATEO, et al., | |
| Defendants / | |

By order filed November 7, 2005, the Court granted defendant Tracy Martin's motion for summary judgment, for the reason plaintiff failed to offer any evidence to support his claim that said defendant was responsible for delaying, by two days, the date on which plaintiff was discharged from parole in 2003. Thereafter, on November 9, 2005, the Clerk entered judgment, and the above-titled case was closed.

The Court is in receipt of four letters, dated, respectively, February 17, 2011, March 2, 2011, March 3, 2011, and March 23, 2011, each by written by plaintiff. In the letters, plaintiff asserts that prison guards at San Quentin State Prison, where he is presently incarcerated, have embezzled money from prisoners, opened confidential mail and/or have paid to have plaintiff attacked to retaliate against plaintiff's complaints concerning prison conditions.

//

None of plaintiff's letters pertain to the claims made in the instant case, which, as noted, was closed over five years ago.

Accordingly, the Court will take no action on plaintiff's letters in the instant case, and the letter are hereby STRICKEN, without prejudice to plaintiff's filing a separate civil suit after exhausting his administrative remedies. See 42 U.S.C. § 1997e(a).

**IT IS SO ORDERED.**

Dated: April 11, 2011

MAXINE M. CHESNEY
United States District Judge