IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL WILLINGHAM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF SAN MATEO, et al.,<br><br>　　　　Defendants.　　　　　　　　　／ | No. C 04-4592 MMC<br><br>**ORDER STRIKING LETTER FROM PLAINTIFF DARRYL WILLINGHAM** |

　　　　The Court is in receipt of a letter, filed July 14, 2015, by plaintiff Darryl Willingham ("Willingham"). In the above-titled case, Willingham asserted claims based on the alleged impropriety of criminal charges filed against him and the length of his parole. The case was closed in November 2005, after Willingham's claims had been either dismissed or summarily adjudicated in favor of each of the defendants.

　　　　In the above-referenced letter, Willingham asserts he is being deprived of proper care in a mental health unit at San Francisco General Hospital. None of his concerns raised therein pertains to the claims made in the above-titled case, which, in any event, was closed almost ten years ago.

　　　　Accordingly, the Court will take no action on the instant letter and said letter is hereby STRICKEN.

　　　　**IT IS SO ORDERED.**

Dated: July 15, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Maxine M. Chesney_
　　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge